JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GANN GILL,<br><br>             Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. EDCV 17-943 DOC(JC)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED AND THIS MATTER IS REMANDED for further administrative action consistent with the March 14, 2018 Report and Recommendation of United States Magistrate Judge.

DATED: April 4, 2018

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE